

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jose Mercado-Ortiz,

\* From the 441st District Court
   of Midland County,
   Trial Court No. CV55731.

Vs. No. 11-23-00113-CV

\* October 31, 2024

Gemini Motor Transport, L.P. and
Ernesto Docando Guerra,

\* Memorandum Opinion by Williams, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jose Mercado-Ortiz.